# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1495.  WEBSTER v. ALLSTATE INSURANCE COMPANY.**

This appeal was docketed on March 28, 2012.  Pursuant to Court of Appeals Rule 23 (a), appellant's enumeration of errors and brief were due to be filed with this court on or before April 17, 2012.  Appellant failed to file an enumeration of errors and brief or a motion to extension of time by this date.  On August 10, 2012, appellant filed an untimely brief that fails to comport with the rules of this court.  See Court of Appeals Rule 25 (a).  For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/02/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*